IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ANTOINE RICHARD, DARRELL RICHARD, CHRIS MECHE, DERBY DOUCET, SR., KEVIN RABEAUX, and MARK LOUVIERE, individually, and on behalf of all similarly situated individuals | CIVIL ACTION NO. 15cv2557 |
| | JUDGE S. MAURICE HICKS, JR |
| VERSUS | MAGISTRATE JUDGE CAROL WHITEHURST |
| FLOWERS FOODS, INC.; FLOWERS BAKING COMPANY OF LAFAYETTE, LLC; FLOWERS BAKING COMPANY OF BATON ROUGE, LLC; FLOWERS BAKING COMPANY OF ALEXANDRIA, LLC; FLOWERS BAKING COMPANY OF NEW ORLEANS, LLC; and FLOWERS BAKING COMPANY OF TYLER | |

## CONSENT TO JOIN FLSA ACTION AS A PARTY PLAINTIFF

By my signature below, I hereby authorize the prosecution of the above-captioned case. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended. I hereby consent, agree and opt-in to become a plaintiff herein and be bound by any judgment by the Court or any settlement of this action. I hereby designate the named Plaintiffs and named Plaintiffs' Counsel to represent me for all purposes of this action.

I declare under penalty of perjury that the foregoing is true and correct.

_Jay Steven Smith_     2-24-16
Full Signature     Date

_Jay Steven Smith_
Type or Print Name

506 Lakeside Dr     Monroe     LA     71203
Street Address     City     State     Zip Code

318 680 7687     SSmith81079@hotmail.com
Telephone     Email Address