IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ANTOINE RICHARD, DARRELL RICHARD, CHRIS MECHE, DERBY DOUCET, SR., KEVIN RABEAUX, and MARK LOUVIERE, individually, and on behalf of all similarly situated individuals | CIVIL ACTION NO. 15cv2557<br><br>JUDGE RICHARD HAIK |
| VERSUS | MAGISTRATE JUDGE CAROL WHITEHURST |
| FLOWERS FOODS, INC.; FLOWERS BAKING COMPANY OF LAFAYETTE, LLC; FLOWERS BAKING COMPANY OF BATON ROUGE, LLC; FLOWERS BAKING COMPANY OF ALEXANDRIA, LLC; FLOWERS BAKING COMPANY OF NEW ORLEANS, LLC; and FLOWERS BAKING COMPANY OF TYLER | |

## NOTICE OF FILING CONSENT TO JOIN ACTION UNDER THE FAIR LABOR STANDARDS ACT

Come now Plaintiffs and hereby file the Consent to Join Action under the Fair Labor Standards Act as a Party Plaintiff executed by Carlton Grigsby.

Respectfully submitted, this 4th day of March, 2016.

/s Ryan M. Goudelocke
Steven G. Durio (#05230)
durio@dmsfirm.com
Ryan M. Goudelocke (#30525)
ryan@dmsfirm.com
Daniel J. Phillips (#32921)
dan@dmsfirm.com

**DURIO, McGOFFIN, STAGG & ACKERMAN**
220 Heymann Boulevard (70503)
Post Office Box 51308
Lafayette, LA   70505-1308
(337) 233-0300     Telephone
(337) 233-0694     Facsimile

                      **ATTORNEYS FOR PLAINTIFFS AND CLASS**

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which sent a notice of electronic filing to counsel as indicated by the court.

Dated: March  4, 2016                                  Respectfully submitted,

                                                              /s/ Ryan M. Goudelocke
                                                              STEVEN G. DURIO (#05230)
                                                              RYAN M. GOUDELOCKE, T.A. (#30525)
                                                              DANIEL J. PHILLIPS (#32921)
                                                              **Durio, McGoffin, Stagg & Ackermann**
                                                              220 Heymann Boulevard (70503)
                                                              Post Office Box 51308
                                                              Lafayette, LA   70505-1308
                                                              Phone:   (337) 233-0300
                                                              Fax:     (337) 233-0694
                                                              Email:   durio@dmsfirm.com
                                                                             ryan@dmsfirm.com
                                                                             dan@dmsfirm.com