FAX   337-233-0694

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

ANTOINE RICHARD, DARRELL RICHARD,        CIVIL ACTION NO. 15cv2557
CHRIS MECHE, DERBY DOUCET, SR.,
KEVIN RABEAUX, and MARK LOUVIERE,
individually, and on behalf of all similarly        JUDGE S. MAURICE HICKS, JR
situated individuals

VERSUS                                   MAGISTRATE JUDGE
                                         CAROL WHITEHURST
FLOWERS FOODS, INC.; FLOWERS
BAKING COMPANY OF LAFAYETTE, LLC;
FLOWERS BAKING COMPANY OF BATON
ROUGE, LLC; FLOWERS BAKING COMPANY
OF ALEXANDRIA, LLC; FLOWERS BAKING
COMPANY OF NEW ORLEANS, LLC; and
FLOWERS BAKING COMPANY OF TYLER

---

### CONSENT TO JOIN FLSA ACTION AS A PARTY PLAINTIFF

By my signature below, I hereby authorize the prosecution of the above-captioned case. I

understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended. I

hereby consent, agree and opt-in to become a plaintiff herein and be bound by any judgment by

the Court or any settlement of this action. I hereby designate the named Plaintiffs and named

Plaintiffs' Counsel to represent me for all purposes of this action.

I declare under penalty of perjury that the foregoing is true and correct.

_Carlton Grigsby_      _2/28/16_

Full Signature                                   Date

CARLTON GRIGSBY

Type or Print Name

1005 M<sup>c</sup>Bride St. WestMonroe, LA.

Street Address        City              State        Zip Code
                                                      71291
331-3871 (cell)        ———

Telephone                        Email Address