UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ANTOINE RICHARD, DARRELL RICHARD, CHRIS MECHE, DERBY DOUCET, SR., KEVIN RABEAUX, and MARK LOUVIERE, individually and on behalf of all similarly situated individuals,<br><br>  Plaintiffs,<br><br>VERSUS<br><br>FLOWERS FOODS, INC.; FLOWERS BAKING COMPANY OF LAFAYETTE, LLC; FLOWERS BAKING COMPANY OF BATON ROUGE, LLC; FLOWERS BAKING COMPANY OF ALEXANDRIA, LLC; FLOWERS BAKING COMPANY OF NEW ORLEANS, LLC; and FLOWERS BAKING COMPANY OF TYLER, LLC,<br><br>  Defendants. | CIVIL ACTION NO. 15-cv-2557<br><br>DISTRICT JUDGE S. MAURICE HICKS<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

### DEFENDANTS' MOTION FOR APPROVAL OF PROPOSED PRE-CERTIFICATION COMMUNICATIONS TO PUTATIVE CLASS AND COLLECTIVE ACTION MEMBERS

**NOW COME** Defendants, Flowers Baking. Co. of Baton Rouge, LLC, Flowers Baking Co. of New Orleans, LLC and Flowers Baking Co. of Tyler, LLC (collectively "Flowers Bakeries"), through undersigned counsel, and for reasons set forth in the attached supporting memorandum, respectfully move the Court for approval of certain proposed communications to putative class members in the above action regarding voluntary modifications to their Distributor Agreements with the Flowers Bakeries. Wherefore, the Flowers Bakeries respectfully request that this Court grant their Motion and issue an Order approving the proposed communications with putative class members.

Respectfully submitted,


/s/ Matthew M. McCluer
Gregory Guidry, La. Bar No. 06489
Matthew M. McCluer, La. Bar No. 33970
OGLETREE, DEAKINS, NASH, SMOAK
 & STEWART, P.C.
603 Silverstone Road, Suite 102A
Lafayette, LA 70508
701 Poydras Street, Suite 3500
New Orleans, LA 70139
Telephone: 337.769.6583 / 504.648.3840
Facsimile: 504.648.3859
Email: gregory.guidry@ogletreedeakins.com
Email: matthew.mccluer@ogletreedeakins.com

AND

* Kevin P. Hishta, Ga. Bar No. 357410
* Margaret S. Hanrahan, Ga. Bar No. 578314
* C. Garner Sanford, Ga. Bar No. 005020
OGLETREE, DEAKINS, NASH, SMOAK
 & STEWART, P.C.
One Ninety One Peachtree Tower
191 Peachtree Street, N.E., Suite 4800
Atlanta, GA 30303
Telephone: 404.870.1743
Facsimile: 404.870.1732
Email: kevin.hishta@ogletreedeakins.com
       margaret.hanrahan@ogletreedeakins.com
       garner.sanford@ogletreedeakins.com

*Admitted Pro Hac Vice by Court Orders dated Apr. 1, 2016 (R. Doc. 45– 47)*

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Approval of Proposed Pre-Certification Communications to Putative Class and Collective Action Members has been filed via the Court's ECF/CM System, which will provide notice to all counsel of record.

This 4th day of April, 2016.

>   */s/ Matthew M. McCluer*
>   Matthew M. McCluer

24394963.1