# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| ANTOINE RICHARD, ET AL | CIVIL ACTION NO. 6:15-CV-02557 |
| VERSUS | JUDGE HICKS |
| FLOWERS BAKING CO. OF LAFAYETTE, ET AL | MAGISTRATE JUDGE WHITEHURST |

## ORDER

Oral argument on Defendants' Motion for Approval of Proposed Pre-Certification Communications to Putative Class and Collective Action Members [rec. doc. 50] set for May 18, 2016, is hereby **CANCELED**. The motion will be decided on the briefs.

Signed this 5th day of May, 2016, at Lafayette, Louisiana.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE