UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **RICHARD**, *et al.*, | |
|     **Plaintiffs,** | CIVIL ACTION NO. 15-cv-2557 |
| **VERSUS** | DISTRICT JUDGE S. MAURICE HICKS |
| **FLOWERS FOODS, INC.**, *et al.*, | MAGISTRATE JUDGE CAROL B. WHITEHURST |
|     **Defendants.** | |

### DEFENDANTS' CONSENT MOTION FOR ENTRY OF REVISED DEADLINES FOR BRIEFING IN RESPONSE TO MOTION FOR CONDITIONAL CLASS CERTIFICATION

Defendants, Flowers Foods, Inc., Flowers Baking Co. of Baton Rouge, LLC, Flowers Baking Co. of New Orleans, LLC, Flowers Baking Co. of Lafayette, LLC, Flowers Baking Co. of Alexandria, LLC, and Flowers Baking Co. of Tyler, LLC (collectively "Defendants") respectfully move this Court to revise the deadlines for submission of Defendants' opposition to Plaintiffs' Motion for Conditional Class Certification ("Motion for Certification") and Plaintiffs' reply in support thereof, as set forth in the September 1, 2016 "Notice of Motion Setting with Oral Argument" (R. Doc. 106) ("Notice"). In support thereof, Defendants state as follows:

1.     The Notice sets the opposition deadline twenty-one days from the date of filing of the Motion for Certification, on September 22, 2016.

2.     The Amended Case Management Order ("CMO") previously submitted by the parties and approved by the Court (R. Doc. 77), however, had already established this deadline as October 1, 2016, with Plaintiffs permitted to file a reply by October 15, 2016.[1]

---

[1] Defendants note that these filing deadlines both fall on Saturdays, and thus should be moved to the following business day, October 3rd and 17th, respectively.

3.     In an abundance of caution, Defendants file this motion to clarify the briefing schedule on the Motion for Certification.  Counsel for Defendants contacted counsel for Plaintiffs prior to filing this Motion, and Plaintiffs' counsel advised there is no objection to it.

4.     Accordingly, Defendants respectfully ask that the Court issue a revised Notice setting Defendants' response to Plaintiffs' motion for conditional certification due on October 3, 2016, and Plaintiffs' reply due on October 17, 2016.

Respectfully submitted,

*/s/  Matthew M. McCluer*
Gregory Guidry, La. Bar No. 06489
Matthew M. McCluer, La. Bar No. 33970
OGLETREE, DEAKINS, NASH, SMOAK
  & STEWART, P.C.
603 Silverstone Road, Suite 102A
Lafayette, LA 70508
701 Poydras Street, Suite 3500
New Orleans, LA 70139
Telephone: 337.769.6583 / 504.648.3840
Facsimile: 504.648.3859
Email: gregory.guidry@ogletreedeakins.com
Email: matthew.mccluer@ogletreedeakins.com

*AND*

\* Kevin P. Hishta, Ga. Bar No. 357410
\* Margaret S. Hanrahan, Ga. Bar No. 578314
\* C. Garner Sanford, Ga. Bar No. 005020
OGLETREE, DEAKINS, NASH, SMOAK
  & STEWART, P.C.
One Ninety One Peachtree Tower
191 Peachtree Street, N.E., Suite 4800
Atlanta, GA 30303
Telephone: 404.870.1743
Facsimile: 404.870.1732
Email: kevin.hishta@ogletreedeakins.com
         margaret.hanrahan@ogletreedeakins.com
         garner.sanford@ogletreedeakins.com

*\* Admitted Pro Hac Vice by Court Orders dated Apr. 1, 2016 (R. Doc. 45– 47)*

**ATTORNEYS FOR DEFENDANTS**

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.4.1

I, the undersigned attorney, hereby certify that on September 6, 2016, counsel for Defendants contacted counsel for Plaintiffs by e-mail to obtain consent to the filing and granting of the foregoing Consent Motion for Entry of Revised Deadlines for Briefing in Response to Motion for Conditional Class Certification, and counsel for Plaintiffs indicated that there was no objection. Accordingly, Defendants have obtained consent to the filing and granting of this Motion from all parties having an interest to oppose it.

*/s/ Matthew M. McCluer*
Matthew M. McCluer

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed via the Court's ECF/CM System, which will provide notice to all counsel of record, this 7th day of September, 2016.

*/s/ Matthew M. McCluer*
Matthew M. McCluer

26082132.1

3