UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RICHARD, *et al.*, | |
| Plaintiffs, | CIVIL ACTION NO. 15-cv-2557 |
| VERSUS | DISTRICT JUDGE S. MAURICE HICKS |
| FLOWERS FOODS, INC., *et al.*, | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| Defendants. | |

## ORDER

Considering Defendants' Consent Motion for Entry of Revised Deadlines for Briefing in Response to Motion for Conditional Class Certification;

**IT IS ORDERED** that the Motion is **GRANTED,** and Defendants' opposition to Plaintiffs' Motion for Conditional Class Certification shall be due on October 3, 2016. Plaintiffs shall file any reply, without need for leave of Court, by October 17, 2016.

Lafayette, Louisiana, this  8th  day of    September   , 2016.

**HON. CAROL B. WHITEHURST**
**U.S. MAGISTRATE JUDGE**

26082213.1