UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ANTOINE RICHARD, DARRELL RICHARD, CHRIS MECHE, DERBY DOUCET, SR., KEVIN RABEAUX, AND MARK LOUVIERE, INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED INDIVIDUALS,<br><br>    Plaintiffs,<br><br>versus<br><br>FLOWERS FOODS, INC.; FLOWERS BAKING COMPANY OF LAFAYETTE, LLC; FLOWERS BAKING COMPANY OF BATON ROUGE, LLC; FLOWERS BAKING COMPANY OF ALEXANDRIA, LLC; FLOWERS BAKING COMPANY OF NEW ORLEANS, LLC; AND FLOWERS BAKING COMPANY OF TYLER, LLC,<br><br>    Defendants. | Civil Action No. 15cv2557<br><br>DISTRICT JUDGE RICHARD T. HAIK, SR<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE OF COURT TO EXCEED PAGE LIMITATION ON RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION**

NOW COME Defendants Flowers Foods, Inc.; Flowers Baking Company Of Lafayette, LLC; Flowers Baking Company Of Baton Rouge, LLC; Flowers Baking Company Of Alexandria, LLC; Flowers Baking Company Of New Orleans, LLC; And Flowers Baking Company Of Tyler, LLC (collectively, "Defendants"), who respectfully move for leave of Court to exceed the 25-page limit for its attached Response in Opposition to Plaintiffs' Motion for

Conditional Certification.  For the reasons explained below, Defendants seeks to extend these applicable page limitations to 30 pages for supporting brief.  In support of its motion, Defendants state:

1.  Pursuant to the Court's September 8, 2016 Order, Defendants' response to Plaintiffs' motion for conditional certification is due on October 3, 2016.  Pursuant to Local Rules, briefs are limited to 25 pages.  Local Rule 7.8 (Briefs).  Plaintiffs' conditional certification motion pertains to multiple defendants, six named plaintiffs and 20+ opt-in plaintiffs, and included more than 765 pages of exhibits.  Due to the length and complexity of the issues involved, the multiple defendants and plaintiffs, and the volume of documents submitted by Plaintiffs, Defendants respectfully request a modest 5-page extension for their response brief, to not exceed 30 pages.

2.  Defendants' counsel (Michael Ray) certifies that he has conferred with Plaintiff's counsel (Ryan Goudelocke) via email on more than one occasion regarding the subject matter of this motion and the nature of the relief sought. Counsel for both parties were able to resolve this issue, and accordingly, Defendants counsel certifies that this motion is being submitted without objection by either party.

3.  Defendants believe they can organize and set forth their facts, authorities, and arguments in user-friendly format which will not unduly burden the Court or opposing counsel.

4.  The relief request (extension of page limit by no more than 5 pages) will enable Defendants to present their opposition brief facts and arguments to the Court in a complete and organized manner and will also allow Defendants to adequately address the claims asserted by the various Plaintiffs and opt-in participants.

THEREFORE, for good cause shown, Defendants respectfully seek leave of Court to extend the supporting brief page limit from 25 to 30 pages.

Respectfully submitted,

/s/ *Matthew M. McCluer*
Gregory Guidry, LA Bar No. 06489
Matthew M. McCluer, LA Bar No. 33970
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
603 Silverstone Road, Suite 102A
Lafayette, LA 70508
Telephone: 337.769.6583
701 Poydras Street, Suite 3500
New Orleans, LA 70139
Telephone: 504.648.3852
Facsimile: 504.648.3859
Email: greg.guidry@ogletreedeakins.com
matthew.mccluer@ogletreedeakins.com

* Margaret Santen Hanrahan, GA Bar No. 578314
* Michael Ray, IL Bar No. 6285109
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
201 South College Street, Suite 2300
Charlotte, NC 28244
Telephone: 704.342.2588
Facsimile: 704.342.4379
Email: maggie.hanrahan@ogletreedeakins.com
michael.ray@ogletreedeakins.com

*\* Admitted Pro Hac Vice*

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF CONSENT

Pursuant to the Local Rules of this Court, I hereby certify that counsel for Defendants contacted counsel for Plaintiffs in order to obtain consent to the filing and granting of the foregoing motion, and that counsel for Plaintiffs indicated there is no opposition to the filing and granting of same.

Certified this 3rd day of October, 2016.

                                              /s/ *Matthew M. McCluer*
                                              Matthew M. McCluer

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion has been filed via the Court's ECF/CM system, which will provide notice to all counsel of record, this 3rd day of October, 2016.

                                              /s/ *Matthew M. McCluer*
                                              Matthew M. McCluer

26349544.1