UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ANTOINE RICHARD, DARRELL RICHARD, CHRIS MECHE, DERBY DOUCET, SR., KEVIN RABEAUX, AND MARK LOUVIERE, INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED INDIVIDUALS,<br><br>    Plaintiffs,<br><br>versus<br><br>FLOWERS FOODS, INC.; FLOWERS BAKING COMPANY OF LAFAYETTE, LLC; FLOWERS BAKING COMPANY OF BATON ROUGE, LLC; FLOWERS BAKING COMPANY OF ALEXANDRIA, LLC; FLOWERS BAKING COMPANY OF NEW ORLEANS, LLC; AND FLOWERS BAKING COMPANY OF TYLER, LLC,<br><br>    Defendants. | Civil Action No. 15cv2557<br><br>DISTRICT JUDGE RICHARD T. HAIK, SR<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

**ORDER**

Considering the Defendants' Unopposed Motion for Leave of Court to Exceed Page Limitation on Response in Opposition to Plaintiffs' Motion for Conditional Certification,

**IT IS ORDERED** that the Defendants' request for an extension of the page limit for the referenced opposition memorandum to thirty (30) pages is hereby GRANTED.

Lafayette, Louisiana, this _____ day of _____, 2016.

> **HON. CAROL B. WHITEHURST**
> **U.S. MAGISTRATE JUDGE**