UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**ANTOINE RICHARD, et al.,**

    **Plaintiffs,**                            CIVIL ACTION NO. 15-cv-2557

**VERSUS**                                    DISTRICT JUDGE S. MAURICE HICKS, JR.

**FLOWERS FOODS, INC., et al.,**            MAGISTRATE JUDGE CAROL B. WHITEHURST

    **Defendants.**

## ORDER

Considering the Unopposed Motion to Seal Exhibits filed by Plaintiffs, **Antoine Richard** et al.;

**It is Ordered** that the Motion is **granted**, and Rec. Docs. 125-3 and 127-1 be placed under seal; and that attachments A through D to Plaintiffs' Reply Memorandum be placed into the record of this matter as attachments to this Motion.

Lafayette, Louisiana this  20th  day of   October       , 2016.

_____
Hon. Carol B. Whitehurst
U.S. Magistrate Judge