UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

ANTOINE RICHARD, ET AL.              CIVIL ACTION NO. 15-2557

VERSUS                               JUDGE S. MAURICE HICKS, JR.

FLOWERS FOODS INC., ET AL.           MAGISTRATE JUDGE WHITEHURST


ORDER

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion To Dismiss (Record Document 83) filed by Defendants, Flowers Baking Co. of New Orleans, LLC and Flowers Baking Co. of Alexandria, LLC, be **GRANTED** and Plaintiffs' claims against Defendants be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 3rd day of November, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE