UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ANTOINE RICHARD, DARRELL RICHARD, CHRIS MECHE, DERBY DOUCET, SR., KEVIN RABEAUX and MARK LOUVIERE, individually and on Behalf of all similarly situated individuals,<br><br>     Plaintiffs,<br><br>VERSUS<br><br>FLOWERS FOODS, INC.; FLOWERS BAKING COMPANY OF LAFAYETTE, LLC; FLOWERS BAKING COMPANY OF BATON ROUGE, LLC; FLOWERS BAKING COMPANY OF NEW ORLEANS, LLC and FLOWERS BAKING COMPANY OF TYLER, LLC<br><br>     Defendants. | CIVIL ACTION NO. 15-cv-2557<br><br>DISTRICT JUDGE S. MAURICE HICKS, JR.<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering Plaintiffs' Amended Motion for Conditional Certification and Flowers Foods, Inc., Flowers Baking Company of Lafayette, LLC, Flowers Baking Company of Baton Rouge, LLC, and Flowers Baking Company of Tyler, LLC, and Flowers Baking Company of New Orleans, LLC's ("FBC of New Orleans") (collectively, "Defendants") Response thereto, it is hereby:

**ORDERED** that the Parties' Stipulation Regarding Plaintiffs' Amended Motion as to FBC of New Orleans, as set forth in Defendants' Response thereto, is **GRANTED**. Specifically, it is hereby **ORDERED** that the Conditionally Certified Opt-In Class for FBC of New Orleans is limited to any distributor working for any of the warehouses associated with FBC-New Orleans in the State of Louisiana from October 17, 2013 to the present and who has signed and mailed,

faxed or emailed their consent form to counsel to join this action pursuant to 29 U.S.C. § 216(b) within forty-five (45) days of the date the Notice is mailed ("Opt-In Period").

It is hereby **ORDERED** that Defendants shall have ten (10) days from the entry of this Order to provide Plaintiffs with an updated computer readable data file containing information necessary to facilitate notice, including the name, last known mailing address, last known telephone number, email addresses, dates as a distributor, date of birth and the last four digits of the social security numbers of each current and former distributor of FBC of New Orleans who has worked as a distributor in the State of Louisiana at any time from October 17, 2013 to the present.

It is further **ORDERED** that Defendants are not required to post the Notice of Collective Action Lawsuit in any FBC of New Orleans warehouses. The Court approves of the contents of the Notice to be issued to FBC of New Orleans distributors entitled to receive notice in the form of Attachment 1 to Defendants' Response.

**IT IS SO ORDERED**, this 20th date of March, 2017.

The Honorable Carol B. Whitehurst
United States Magistrate Judge