UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ANTOINE RICHARD, ET AL** | **CIVIL ACTION NUMBER 15-cv-2557** |
| **VERSUS** | **JUDGE HICKS** |
| **FLOWERS FOODS, INC., ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Pursuant to Rule 23, Jerry Bell, Chris Meche, Michael Aymond, Mack Gordon, Fred Oliveaux, and Kevin Rabeaux (collectively, "Plaintiffs") bring this motion for an order certifying a class action in this litigation, with the class members defined as follows:

> All persons who work or have worked as a distributor in the State of Louisiana for Flowers and were classified as independent contractors.

Plaintiffs seek certification under Rule 23(b)(2): for the class defined here where Defendants have misclassified all Plaintiffs and proposed class members as independent contractors such that injunctive or declaratory relief is appropriate respecting the class as a whole. Additionally, Plaintiffs seek certification under Rule 23(b)(3): for the class defined here, because common questions of fact and law predominate over questions affecting only individual class members. The legal and factual bases for class certification are more fully set forth in Plaintiffs' memorandum in support of this motion.

In accordance with Rule 7.1(B), Plaintiffs certify that they conferred with Defendants about this motion and attempted in good faith, to the extent feasible, to resolve it.

Plaintiffs respectfully request this Court grant their motion and promptly commence all required procedures for class action in this litigation, including but not limited to notice to the class under Rule 23(c) and any appropriate case management orders under Rule 23(d).

Respectfully submitted,

/s/ Steven G. Durio
STEVEN G. DURIO (#05230)
RYAN M. GOUDELOCKE (#30525)
TRAVIS J. BROUSSARD (#33036)
**Durio, McGoffin, Stagg & Ackermann**
220 Heymann Boulevard (70503)
Post Office Box 51308
Lafayette, LA   70505-1308
Phone:  (337) 233-0300
Fax:     (337) 233-0694
Email:  durio@dmsfirm.com
            ryan@dmsfirm.com
            travis@dmsfirm.com
**Attorneys for the Class**

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of **Plaintiffs' Motion for Class Certification** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a notice of electronic filing to counsel as indicated by the Court.

Lafayette, Louisiana, this 22nd day of December, 2017.

/s/ Steven G. Durio
STEVEN G. DURIO

2

#370514