**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**ANTOINE RICHARD, DARRELL**
**RICHARD, CHRIS MECHE, DERBY**
**DOUCET, SR., KEVIN RABEAUX and**
**MARK LOUVIERE, individually and on**
Behalf of all similarly situated individuals,

    Plaintiffs,     CIVIL ACTION NO. 6:15-cv-2557

**VERSUS**     DISTRICT JUDGE HICKS

**FLOWERS FOODS, INC.; FLOWERS**     MAGISTRATE JUDGE WHITEHURST
**BAKING COMPANY OF LAFAYETTE,**
**LLC; FLOWERS BAKING COMPANY**
**OF BATON ROUGE, LLC; FLOWERS**
**BAKING COMPANY OF NEW ORLEANS,**
**LLC; and FLOWERS BAKING COMPANY**
**OF TYLER, LLC**

    **Defendants.**

---

**ORDER**

Considering the foregoing Motion to Enroll as Additional Counsel;

IT IS ORDERED that Thomas M. Hayes, IV of the law firm Hayes, Harkey, Smith & Cascio, L.L.P be enrolled as additional counsel of record for the Plaintiffs Antoine Richard, Darrell Richard, Chris Meche, Derby Doucet, Sr., Kevin Rabeaux and Mark Louviere, individually and on behalf of all class members, in the captioned proceeding.

Lafayette, Louisiana this __25th__ day of June, 2018.

                                                        Magistrate Judge Carol B. Whitehurst