UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ANTOINE RICHARD, ET AL. | CIVIL ACTION NO. 6:15-2557 |
| VERSUS | JUDGE S. MAURICE HICKS |
| FLOWERS FOODS, INC., ET AL. | MAGISTRATE JUDGE WHITEHURST |

## ORDER TO SHOW CAUSE

Pending before the undersigned on referral from the district judge is the Motion for Order to Show Cause Why Claims of Non-Responding Opt-In Plaintiffs Should Not Be Dismissed [Doc. 284] filed by defendants Flowers Baking Company of Tyler, LLC, Flowers Baking Co. of New Orleans, LLC, and Flowers Foods, Inc. (collectively, "defendants"). The motion essentially seeks to dismiss the claims of two groups of plaintiffs, as follows: (1) the claims of plaintiffs Bernard Gilliam, Kenneth Espree, Brandon Yarbrough, Melvin Cobb, Rocoe Babin, Jake Fontenot, Wayne Smith, Jr., Paula Ann Matherne, Bret Dommert, Ricky Cooper, Jamie Cormier, and Donald Duhon (collectively, "the Non-Responding Plaintiffs") on grounds they have not responded to discovery, and (2) the claims of plaintiffs Ricky Cooper, Jamie Cormier, and Donald Duhon, on grounds they have indicated they no longer wish to be part of the instant lawsuit.

With respect to the first group of plaintiffs, the movants seek an Order from this Court ordering the plaintiffs to show cause why their claims should not be dismissed under Rule 41(b) for their repeated failure to respond to proper discovery requests. The plaintiffs do not oppose the motion.

Rule 41(b)[1] of the Federal Rules of Civil Procedure authorizes a district court to dismiss an action for failure to prosecute. A district court may dismiss sua sponte, with or without notice to the parties, incident to its inherent powers. *Rogers v. Kroger Co.*, 669 F.2d 317, 320 (5th Cir. 1982), *citing Link v. Wabash Railroad*, 370 U.S. 626, 630-33, 82 S.Ct. 1386, 1389-90, 8 L.Ed.2d 734, 738-39 (1962). In reviewing a district court's decision to dismiss under Rule 41(b), the Fifth Circuit reverses only if it finds an abuse of discretion. *Link*, 370 U.S. at 633, 82 S.Ct. at 1390, 8 L.Ed.2d at 739; *Martin-Trigona v. Morris*, 627 F.2d 680, 682 (5th Cir. 1980). The Fifth Circuit has consistently held that Rule 41(b) dismissals with prejudice will be affirmed only upon a showing of "'a clear record of delay or contumacious conduct by the plaintiff,' ..., and where lesser sanctions would not serve the best

---

[1] Rule 41(b) provides in relevant part:

If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule—except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19—operates as an adjudication on the merits.

Fed.R.Civ.P. 41(b).

interests of justice." *Rogers*, 669 F.2d at 320, *citing Pond v. Braniff Airways, Inc.*, 453 F.2d 347, 349 (5th Cir. 1972) (citation omitted); *see also McGowan v. Faulkner Concrete Pipe Co.*, 659 F.2d 554, 556 (5th Cir. 1981); *Gray v. Fidelity Acceptance Corp.*, 634 F.2d 226, 227 (5th Cir. 1981); *Luna v. International Association of Machinists & Aerospace Workers*, 614 F.2d 529, 531 (5th Cir. 1980); *Gonzalez v. Firestone Tire & Rubber Co.*, 610 F.2d 241, 247 (5th Cir. 1980); *Boazman v. Economics Laboratory, Inc.*, 537 F.2d 210, 212 (5th Cir. 1976); *Brown v. Thompson*, 430 F.2d 1214, 1216-17 (5th Cir. 1970).

Considering the foregoing, **IT IS ORDERED** that the Non-Responding Plaintiffs – that is, Bernard Gilliam, Kenneth Espree, Brandon Yarbrough, Melvin Cobb, Rocoe Babin, Jake Fontenot, Wayne Smith, Jr., Paula Ann Matherne, Bret Dommert, Ricky Cooper, Jamie Cormier, and Donald Duhon – shall appear in open court on **July 23, 2018 at 1:30 p.m.** and show cause why their claims in this matter should not be dismissed for their repeated failures to produce requested discovery. Failure to appear at the show cause hearing may result in the appropriate consequences, including dismissal of their claims with prejudice.

Signed at Lafayette, Louisiana, this 13th day of July, 2018.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE