**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

ANTOINE RICHARD, ET AL.                    CIVIL ACTION NO. 15-2557

VERSUS                                                JUDGE S. MAURICE HICKS, JR.

FLOWERS FOODS INC., ET AL.              MAGISTRATE JUDGE WHITEHURST

**ORDER**

Before the Court is a Report and Recommendation issued by the Magistrate Judge Carol B. Whitehurst. See Record Document 339. Judge Whitehurst recommends the Court **GRANT** Plaintiffs' Motion to Certify Class and **DENY** the Defendants' Motion to Decertify. Defendants have filed objections to the Report and Recommendation. See Record Document 342. The Plaintiffs replied to Defendants' objections. See Record Document 345. After objections were filed the case was stayed pending settlement negotiations. See Record Document 347. Unable to reach a settlement, the stay was lifted and Plaintiffs, with leave of court, filed a supplement response to Defendants' objections. See Record Document 367. The Defendants filed a response, and Plaintiffs replied. See Record Documents 370 & 375.

In light of Fifth Circuit precedent, objections, and response to the Report and Recommendation, the Court hereby **REMANDS** the case to Magistrate Judge Whitehurst for further consideration.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this the 8th day of October, 2019.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT