# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| ANTOINE RICHARD, DARRELL RICHARD, CHRIS MECHE, DERBY DOUCET, SR., KEVIN RABEAUX, and MARK LOUVIERE, individually and on behalf of all similarly situated individuals, | |
| Plaintiffs, | CIVIL ACTION NO. 15-cv-2557 |
| VERSUS | DISTRICT JUDGE S. MAURICE HICKS |
| FLOWERS FOODS, INC.; FLOWERS BAKING COMPANY OF LAFAYETTE, LLC; FLOWERS BAKING COMPANY OF BATON ROUGE, LLC; FLOWERS BAKING COMPANY OF NEW ORLEANS, LLC and FLOWERS BAKING COMPANY OF TYLER, LLC, | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| Defendants. | |

# EXHIBIT A

# TO

**Exhibit 1 – Chart of Differences Between Putative Class Members**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| ANTOINE RICHARD, ET AL | * | NO. 15-cv-2557 |
| VERSUS | * | DIST. JUDGE S. MAURICE HICKS |
| FLOWERS FOODS, INC., ET AL | * | |
| | * | MAG. JUDGE CAROL B. WHITEHURST |

* * * * * * * * * * * * * * * * * * * * * * * * *

The videotaped deposition of JOSEPH ASH, taken in connection with the captioned cause, pursuant to the following stipulations before Denise E. D'Arcourt, Certified Court Reporter, at the offices of Durio, McGoffin, Stagg & Ackermann, 220 Heymann Boulevard, Lafayette 70503, on the 14th day of September 2017, beginning at 9:54 a.m.

1          "Wages, Salaries, Tips," $12,553.00?  Fourth
2          page, sir.
3   A      Fourth page?  One --
4   Q      The summary page.
5   A      -- two, three, four.  All right.  Yeah, I see
6          that.
7   Q      Okay.  Do you believe the $12,000.00 would have
8          been what she made from her job in 2014?
9   A      Minus the insurance, I'm sure it is.  I mean,
10         she has W-2 forms.  The company gives her her
11         shit.  I don't know.
12  Q      Sure.  So the number here under 12 under income
13         -- Business Income or Loss is $95,000.00;
14         correct?
15  A      Yeah.
16  Q      It also mentions -- well, strike that.
17             Now, if you can, flip two more pages, at the
18         bottom it's marked 37 or Ash 37.  Do you see
19         that?
20  A      Yes, sir.
21  Q      All right.  I'm going to ask you the same
22         question I ask everybody here.  Under business
23         name, it says "Matt Ash Distributing."  We
24         already talked about the fact that you never
25         incorporated.  Was this just a name that you

1       came up with?
2    A  Yeah.
3    Q  Okay.  Why?
4    A  The bakery said I needed a name, so that's what
5       they -- they named it.
6    Q  Did you maintain a separate bank account as a
7       distributor?
8    A  Yes.
9    Q  Okay.  So you had a business account?
10   A  Yes.
11   Q  Do you still have that account?
12   A  I don't believe so, no.
13   Q  Okay.  Now, if we look here, down on this form,
14      it's called Profit or Loss from a Business.  It
15      appears that you had overall revenue in 2014 of
16      174,733 dollars.
17   A  Yeah.  Yes, sir.
18   Q  All right.  And then we go through a number of
19      expenses below that; correct?
20   A  Yes.
21   Q  Such as car and truck expenses, which you
22      deducted; correct?
23   A  Yes, sir.
24   Q  Contract labor.  You see that --
25   A  I'm looking.

1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

```
ANTOINE RICHARD,           *   CIVIL ACTION
ET AL                          NO:  15-cv-2557
                           *
VERSUS                         DISTRICT JUDGE
                           *   S. MAURICE HICKS
FLOWERS FOOD, INC.,
ET AL                      *   MAG. JUDGE CAROL B.
                               WHITEHURST
* * * * * * * * * * * * * * * * * * * * * * * *
```

    The videotaped deposition of CHRISTOPHER RILEY, taken in connection with the captioned cause, pursuant to the following stipulations before Denise E. D'Arcourt, Certified Court Reporter, at the offices of Ogletree, Deakins, Nash, Smoak & Stewart, PC, 701 Poydras Street, Suite 3500, New Orleans, Louisiana 70139, on the 15th day of February 2017, beginning at 7:48 a.m.

143

1  Q    Okay.  Is this an accurate copy of the tax
2       returns that you've submitted for 2013 --
3  A    Yes, ma'am.
4  Q    -- to the IRS?
5  A    Yes, ma'am.
6  Q    Okay.  Is this something that you prepared --
7       you provided to your lawyer?
8  A    Yes, ma'am.
9  Q    Okay.  Go to RILEY 56.  See those numbers at the
10      bottom?
11 A    Uh-huh.  Okay.
12 Q    Is this something you or your accountant on your
13      behalf submitted in connection with your
14      distributorship?
15 A    Yes.
16 Q    Okay.  So, you see gross income, $78,292?
17 A    Yes.
18 Q    Does that appear to be accurate?
19 A    Yes.
20 Q    Okay.  And this form is a Profit or Loss from
21      Business Sole Proprietorship; is that correct?
22 A    I'm sorry.
23 Q    See the top of the document here, the name of
24      it?
25 A    Yes.

1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

* * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| ANTOINE RICHARD, ET AL | * | CIVIL ACTION |
| | * | NO. 15-cv-2557 |
| VERSUS | | |
| | * | DISTRICT JUDGE S. MAURICE HICKS |
| FLOWERS FOODS, INC, ET AL | * | |
| | | MAG. JUDGE CAROL B. WHITEHURST |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

The videotaped deposition of KEVIN RABEAUX, taken in connection with the captioned cause, pursuant to the following stipulations before Denise E. D'Arcourt, Certified Court Reporter, at the law offices of Durio, McGoffin, Stagg & Ackermann, 220 Heymann Boulevard, Lafayette, Louisiana 70503, on the 27th day of July 2016, beginning at 11:44 a.m.

| | | |
|---|---|---|
| 1 | | know, maybe I might -- I think I might have -- |
| 2 | | take out my helper a few times to eat, you know, |
| 3 | | to show him my little help, you know -- |
| 4 | Q | Okay. |
| 5 | A | -- appreciation. |
| 6 | Q | Okay.  Do you agree that, in 2014, your total |
| 7 | | claimed expenses, business expenses, related to |
| 8 | | your distributorship were $59,199? |
| 9 | A | Yes. |
| 10 | Q | And your 2014 profit for your distributorship was |
| 11 | | $47,394? |
| 12 | A | Yes. |
| 13 | Q | Okay.  Do you know if that was better or worse |
| 14 | | than 2012 or 2013? |
| 15 | A | If I had '12 and '13, I could tell you.  But, I -- |
| 16 | | I really don't know, right offhand. |
| 17 | Q | I want to have you turn a couple more pages to -- |
| 18 | | it's document number 132 at the bottom, the Bates |
| 19 | | stamp.  Do you see that? |
| 20 | A | 132? |
| 21 | Q | Yeah. |
| 22 | A | Yes. |
| 23 | Q | Okay.  So, here, I see, at the top your name and |
| 24 | | right under it, bakery delivery. |
| 25 | A | Uh-huh. |

1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

* * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| ANTOINE RICHARD, ET AL | * | CIVIL ACTION |
| | * | NO. 15-cv-2557 |
| VERSUS | | |
| | * | DISTRICT JUDGE S. MAURICE HICKS |
| FLOWERS FOODS, INC, ET AL | * | |
| | | MAG. JUDGE CAROL B. WHITEHURST |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

The videotaped deposition of MARK LOUVIERE, taken in connection with the captioned cause, pursuant to the following stipulations before Denise E. D'Arcourt, Certified Court Reporter, at the law offices of Durio, McGoffin, Stagg & Ackermann, 220 Heymann Boulevard, Lafayette, Louisiana 70503, on the 27th day of July 2016, beginning at 8:11 a.m.

```
 1        distributorship?
 2   A    Again, if that what it says, that's what it is.
 3        But, to tell you, "Hey, this is how much I made
 4        this year," --
 5   Q    Right.
 6   A    -- I wouldn't be able to tell you what I made each
 7        year.
 8   Q    Okay.  But, as far as you know, that's accurate?
 9   A    Paperwork?  Yes, I can see that.
10   Q    Okay.  And, if we look down at the bottom, in Part
11        2, it says "Expenses" again.
12   A    Okay.
13   Q    And, again, like the year before, did you take
14        business expenses and a number of items to include
15        your truck, contract labor, --
16   A    Yes.
17   Q    -- depreciation, et cetera?
18   A    Uh-huh.
19   Q    And does it appear that you took $72,922 in
20        business expenses in 2014 or claim that?
21   A    Yes.
22   Q    For a total of $56,931 in profit for 2014?
23   Q    Okay.
24   A    Does that sound right?
25   A    Yes.  I see that, yeah.
```