**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| ANTOINE RICHARD, ET. AL | CIVIL NO. 15-2557 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| FLOWERS FOODS, INC., ET. AL | MAGISTRATE JUDGE WHITEHURST |

**ORDER**

Considering Plaintiffs' Unopposed Motion to Amend Judgment and to Set Deadline (Record Document 435):

**IT IS ORDERED** that Plaintiffs' Motion is **GRANTED**. An amended memorandum order shall issue herewith.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Set Deadline is **GRANTED**. Plaintiffs shall file within 30 days from the entry of this Order any Motion to Designate for Immediate Appeal under 28 U.S.C. 1292(b).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 13th day of July, 2021.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT